WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Petitioner,<br><br>v.<br><br>KYLE W. STORKS,<br><br>                          Respondent. | Case No. MC-06-0072-PHX-SMM<br><br>**ORDER TO SHOW CAUSE RE:**<br>**INTERNAL REVENUE SERVICE**<br>**SUMMONS** |

Upon consideration of the Petition to Enforce Internal Revenue Service Summonses (the "Petition") (Dkt. 1.), the United States' Motion for Order to Show Cause (Dkt. 2.), and the Declaration of Russell Nelson, including the exhibits attached thereto,

IT IS HEREBY ORDERED that Respondent, Kyle W. Storks, appear before the Honorable Stephen M. McNamee, United States District Court Judge for the District of Arizona, in the Sandra Day O'Connor United States Courthouse, located at 401 West Washington Street, Phoenix, Arizona, Courtroom No. 605, at 2:00 p.m. on August 28, 2006, to show cause why he should not be compelled to obey and comply with the Internal Revenue Service Summons served upon him by Revenue Officer Russell Nelson on January 12, 2006, as set forth in the Petition. (Dkt. 1.)

/ / /

1  IT IS FURTHER ORDERED that a copy of this Order, together with the Petition, the
2  Declaration of Russell Nelson and the exhibits attached thereto, shall be personally served
3  on Respondent, Kyle W. Storks, within 21 (twenty-one) days of the date that this Order is
4  served on counsel for the United States.  Pursuant to Federal Rule of Civil Procedure 4.1(a),
5  the Court hereby appoints Revenue Agent Russell Nelson to effect service in this case.  The
6  Petitioner shall file proof of such service with the Clerk of the Court as soon as practicable.

7  IT IS FURTHER ORDERED that, if Respondent has any defense to present or
8  opposition to the Petition, such defense or opposition shall be made in writing and filed with
9  the Clerk of the Court and copies served on counsel for the United States at least 14 days
10  prior to the date set for the show cause hearing.  The United States may file a reply
11  memorandum to any opposition at least 5 court days prior to the date set for the show cause
12  hearing.

13  IT IS FURTHER ORDERED that, any defense or opposition to the Petition that
14  Respondent desires to make shall be set forth in such written request and shall be supported
15  by appropriate affidavits.  At the show cause hearing, the Court will consider only those
16  issues brought into controversy by Respondent's written response(s) and supported by
17  affidavit(s). Any uncontested allegation(s) in the Petition shall be deemed admitted.

18  DATED this 26th day of June, 2006.

Stephen M. McNamee
United States District Judge