**WO**

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| United States of America, | No. MC 06-0072-PHX-SMM |
|---|---|
| Petitioner, | **ORDER** |
| v. | |
| Kyle W. Storks, | |
| Respondent. | |

Upon consideration of the Notice of Respondent's Compliance with the Summons and Court's Order and Motion to Dismiss filed by the United States on October 17, 2006 (dkt. 8), and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the United States' Motion to Dismiss the Summons Enforcement Matter with Prejudice. (Dkt. 8.)

**IT IS FURTHER ORDERED** dismissing this summons enforcement matter with prejudice.

DATED this 19th day of October, 2006.

_____
Stephen M. McNamee
United States District Judge